# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATRALITE FILTERS, INC.,** *et al* | : | **CIVIL ACTION** |
| **v.** | : | |
| **REXEL, INC.** | : | **NO. 09-2680** |

## ORDER

**AND NOW**, this 23rd day of April, 2010, upon consideration of Defendants' Motion to Join Necessary Party Pursuant to Rule 19(a) or, In the Alternative, to Dismiss Pursuant to 19(b) (Document No. 29), the plaintiffs' response, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that upon plaintiffs' motion, it is **ORDERED** that pursuant to Fed. R. Civ. P. 41(a)(2), this action is **DISMISSED WITHOUT PREJUDICE**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.